# Court of Appeals
# of the State of Georgia

ATLANTA,　October 03, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0250. RASHAD ALI v. GEORGIA STATE DEPARTMENT OF HUMAN RESOURCES EX REL. J. K. A.**

The Georgia Department of Human Services brought an action against Rashad Ali, seeking to collect past-due child support. The superior court entered an arrest order on January 26, 2016, and a jail review order on February 2, 2016, and Ali appealed. We lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012). Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Ali's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED. Id.



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,*　10/03/2016
　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*